UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD THOMPSON and<br>MID RIVER ASPHALT, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )  No. 4:06-CV-1421 (CEJ)<br>) |
| PRINCIPAL LIFE INSURANCE CO.,<br>et al., | )<br>)<br>) |
| Defendants. | ) |

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that plaintiffs' claims against defendant Principal Life Insurance Company are dismissed, pursuant to Fed.R.Civ.P. 12(b)(6), for failure to state a claim. Plaintiffs shall bear the costs.

                                                          _____
                                                          CAROL E. JACKSON
                                                          UNITED STATES DISTRICT JUDGE

Dated this 3rd day of January, 2007.