```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF MISSOURI
                     EASTERN DIVISION


RICHARD THOMPSON and            )
MID RIVER ASPHALT, INC.,        )
                                )
          Plaintiffs,           )
                                )
        vs.                     )        No. 4:06-CV-1421 (CEJ)
                                )
PRINCIPAL LIFE INSURANCE CO.,   )
et al.,                         )
                                )
          Defendants.           )
```

**ORDER**

**IT IS HEREBY ORDERED** that the parties shall submit complete transcripts of all deposition testimony that is cited in support of or in opposition to a motion. Excerpted portions of a witness's deposition testimony will not be considered by the Court absent a showing of good cause for not submitting the entire transcript.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE


Dated this 5th day of February, 2007.